IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,                                Case No. 1:16-cr-853-JMC

v.

AARON MARTINEZ,

    Defendant.

## **ORDER GRANTING MOTION TO DISMISS INDICTMENT**

On June 29, 2018, the United States filed a Motion to Dismiss Indictment. In that motion, the United States represents that under the terms of the plea agreement, the United States agreed to dismiss the Indictment in this cause.

FOR GOOD CAUSE SHOWN, this Court GRANTS the Government's Motion to Dismiss the Indictment (Doc. 88) and DISMISSES the Indictment (Doc. 1).

IT IS SO ORDERED.

                                                Entered for the Court
                                                this the 10th day of September, 2018

                                                /s/ Joel M. Carson III_____
                                                Joel M. Carson III
                                                United States Circuit Judge
                                                Sitting by Designation